UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
WEST COAST SETTLEMENTS, LLC,
et al.

              Plaintiffs,

       -v-

TVPX ARS, Inc.,

              Defendant.
```

25-cv-7786 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the second motion to dismiss of defendant, TVPX ARS, Inc. ("TVPX"). ECF No. 24. After granting TVPX's initial motion to dismiss, the Court permitted the original plaintiff, West Coast Settlements II, to amend their Complaint, now the subject of this motion. The Court heard argument on the second motion to dismiss on March 10, see Transcript, 3/10/26, and received supplemental briefing thereafter.

Upon full consideration of the parties' oral and written arguments, the Court hereby grants the motion to dismiss. An Opinion explaining the reasons for this ruling will issue in due course, at which time final judgment will be entered. The Clerk's Office is respectfully directed to close ECF No. 24.

SO ORDERED.

New York, NY
March _26_, 2026

JED S. RAKOFF, U.S.D.J.